Brett C. Drouet, Esq., SBN 192889
Allan L. Dollison, Esq., SBN 177299
LAW OFFICES OF JACOB EMRANI
714 W. Olympic Blvd.
Suite 300
Los Angeles, CA 90015
brett@calljacob.com
allan@calljacob.com

Attorney for Plaintiff
**DOLORES MARIN**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES MARIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VAKHTANG GOCHIASHVILI; A & IN GROUP, LLC and DOES 1 through 50,<br><br>　　　　　Defendants. | CASE NO.: 2:19-cv-02189-RSWL-Ex<br>Judge: Hon. Ronald S.W. Lew<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>Courtroom:　8D<br>District Judge: Hon. Ronald S.W. Lew<br>Complaint Filed: 2/1/19<br>Complaint Transferred: 3/22/19<br>Trial Date: Vacated |

　　　The Court having reviewed the Request for Dismissal filed by Plaintiff Dolores Marin and GOOD CAUSE APPEARING THEREFORE, this case is hereby dismissed, in its entirety.

Dated:　March 9, 2020　　　　　s/ RONALD S.W. LEW_____
　　　　　　　　　　　　　　　　RONALD S. W. LEW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE